MARK N. TODZO (State Bar No. 168389)
*mtodzo@lexlawgroup.com*
LUCAS WILLIAMS (State Bar No. 264518)
*lwilliams@lexlawgroup.com*
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone:   (415) 913-7800
Facsimile:    (415) 759-4112

Attorneys for Plaintiff
JEROD HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEROD HARRIS,<br><br>             Plaintiff,<br><br>     v.<br><br>R.J. REYNOLDS VAPOR COMPANY,<br><br>             Defendant. | Case No.  3:15-cv-04075-JD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: September 8, 2015 |

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jerod Harris and Defendant R.J. Reynolds Vapor Company stipulate that this action is dismissed with prejudice and all claims Plaintiff has asserted against Defendant in this action are hereby dismissed with prejudice.  Each party is to bear its own costs and attorneys' fees.

     Respectfully submitted this 20th day of September 2017.

Dated: September 20, 2017   LEXINGTON LAW GROUP

By: */s/ Mark Todzo*
Mark Todzo (State Bar No. 168389)
*mtodzo@lexlawgroup.com*
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112

Attorneys for Plaintiff
JEROD HARRIS

Dated: September 20, 2017   KING & SPALDING LLP

By: */s/ Richard Schneider*
Richard A. Schneider
(Admitted Pro Hac Vice)
*dschneider@kslaw.com*
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572 4600
Facsimile: (404) 572 5125

Attorneys for Defendant
R.J. REYNOLDS VAPOR COMPANY

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark N. Todzo, am the ECF User whose username and password are being used to file this Stipulation for Dismissal with Prejudice. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant R.J. Reynolds Vapor Company, Richard A. Schneider, has concurred in this filing.

Dated: September 20, 2017         LEXINGTON LAW GROUP

By: /s/ Mark N. Todzo
Mark N. Todzo
Attorney for Plaintiff
JEROD HARRIS